Clerk, U.S.D.C.                                    November 1, 2023
Eastern District Of Virginia
701 E. Broad Street, Ste. #3000
Richmond, VA, 23218

Carter V. Daughtery
Civil Action No. 3:23cv788

Please find enclosed a complaint pursuant to 42 U.S.C. § 1983 to be filed to the active docket please. Once filed may you send me a copy of the docket No. so I can label all of my future filings please and thank you.

                                Respectfully Submitted,
                                Benjamin Carter #1591524

VDOC Centralized Mail Distribution Center
                        3521 Woods Way
                        State Farm, VA, 23160

Also enclosed is my Affidavit in Support to Proceed Informa Pauperis

Page #1 of 1



RECEIVED NOV 20 2023 CLERK, U.S. DISTRICT COURT RICHMOND, VA